# UNITED STATES DISTRICT COURT
## District of Minnesota

Francisca Garcia Adame,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons and David Easterwood

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-615 JMB/JFD

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents are ORDERED to release Petitioner from custody immediately in Minnesota without conditions, and in any event no later than 4:00 p.m. CST on January 28, 2026.

2. Respondents are further ORDERED to return all of Petitioner's property, including driver's license, immigration documents, cell phone, and keys.

3. On or before 11:00 a.m. CT on January 29, 2026, counsel for Respondents shall file a letter affirming that Petitioner was released from custody in accordance with all of the terms of this Order.

Date: 1/28/2026

KATE M. FOGARTY, CLERK